1905.) Action by Elsa C. Polhemus against Horace G. Polhemus and others. No opinion. Motion for reargument granted, and case set down for Tuesday, November 28, 1905. See 95 N. Y. Supp. 325.

POND, Respondent, v. NEW ROCHELLE WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Charles H. Pond against the New Rochelle Water Company. No opinion. Interlocutory judgment sustaining demurrer to defenses affirmed, with costs. Leave, however, will be granted to the appellant to appeal to the Court of Appeals, if so advised.

In re POOLE. (Supreme Court, Appellate Division, First Department. November 2, 1905.) Appeal from Special Term. In the matter of Pierce N. Poole as to independent nominations of assemblyman and alderman in the twelfth district. Appeal from an order of the Special Term affirming the determination of the board of elections. Affirmed.

PER CURIAM. In this case there was one certificate filed to which objections were made; but, before the time for filing certificates had expired, two additional certificates were submitted. Upon the three certificates there appeared 1,700 names. As the law allows separate certificates to be filed, we find no difficulty in considering all of the certificates, and the question is whether upon all of the certificates there are genuine signatures of 500 men. Making the deductions shown by the papers for duplicate signatures, signatures in the same handwriting, affidavits of those who did not sign, and nonresidents proved by sufficient evidence, there remain more than sufficient signatures to comply with the provisions of the law. The order of the Special Term, affirming the determination of the board of elections, should be affirmed.

POPE MFG. CO., Appellant, v. RUBBER GOODS MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by the Pope Manufacturing Company against the Rubber Goods Manufacturing Company. L. H. Freedman, for appellant. N. Ottinger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

POTTER et al. v. ROSSITER et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Alexander Potter and another against Clinton L. Rossiter and others. No opinion. Motion denied.

POTTER et al., Appellants, v. ROSSITER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Alexander Potter and others against Clinton L. Rossiter and others. J. A. Hodge, for appellants. W. W. Goodrich, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

POTTER, Respondent, v. VILLAGE OF HAMMONDSPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department.

November 29, 1905.) Action by Rose Potter against the village of Hammondsport.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant, within 15 days from date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied, without costs.

POUCHER, Respondent, v. FABER, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Charles Poucher against Leander S. Faber. J. H. Corwin, for appellant. S. M. L. Ernst, for respondent. No opinion. Determination affirmed, with costs. See 92 N. Y. Supp. 870.

PRAHAR, Respondent, v. TOUSEY, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Louis B. Prahar against Rosalie Tousey, as executrix, etc. No opinion. Judgment and order affirmed, with costs. See 87 N. Y. Supp. 845.

PRUYNE, Respondent, v. SERVISS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Lafayette E. Pruyne against Lucyette E. Serviss.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs.

WILLIAMS and HISCOCK, JJ., dissent.

PUTNAM et al. v. ABD EL NOUR. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by George L. Putnam and others against John Abd el Nour. No opinion. Motion denied, on payment of $10 costs.

RADLEY, Appellant, v. REILLY, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by John J. Radley against Thomas J. Reilly. J. E. Kelly, for appellant. G. J. Gillespie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RANSOM, Appellant, v. NASSAU TRUST CO. OF CITY OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Rastus S. Ransom, as substituted trustee for Mary Frances Welch, against the Nassau Trust Company of the City of Brooklyn. No opinion. Judgment affirmed, with costs.

RANDALL, Respondent, v. WILSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Charles J. Randall, as administrator, etc., of John R. Dickerson, deceased, against A. Cavassa Wilson and others. No opinion. Order affirmed, with $10 costs and disbursements.

RAYMOND v. SECURITY TRUST & LIFE INS. CO. et al. (Supreme Court, Appellate Divi-